IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **RODNEY  HAWKINS** | ) | **CASE NO.: 16-cv-00697** |
| | ) | |
| Plaintiffs, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| v. | ) | |
| | ) | |
| **COMBE INCORPORATED, COMBE PRODUCTS, INC., COMBE LABORATORIES, INC., and COMBE INTERNATIONAL, LTD,** | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the undersigned counsel hereby agree and stipulate that all claims of Plaintiff RODNEY  HAWKINS against all Defendants in the above-captioned matter be dismissed in their entirety with prejudice, each party to bear its own costs.

Dated: December 27th, 2019

/s/  Richard W. Schulte                          /s/  Stephen G. Strauss

Richard W. Schulte                               Stephen G. Strauss

Wright & Schulte, LLC                            Bryan Cave Leighton Paisner LLP

865 S. Dixie Dr.                                 211 N. Broadway, Suite 3600

Vandalia Ohio 45377                              St. Louis, Missouri 63102

Tel: (937) 435 - 7500                            Tel: (314) 259-2444

rschulte@yourlegalhelp.com                       sgstrauss@bclplaw.com


*Attorneys for Plaintiff*                        *Attorneys for Defendants*

1

## CERTIFICATE OF SERVICE

I hereby certify that this Stipulation of Dismissal With Prejudice As To All Defendants was electronically filed today with the Clerk of the Court to be served by operation of the Court's electronic filing system on all counsel of record.

*/s/ Stephen G. Strauss*